# IN THE SUPREME COURT OF TEXAS

## Misc. Docket No. 16-9162

## DENIAL OF MOTION FOR RECONSIDERATION

The Supreme Court denies Appellant's Motion for Reconsideration of the Order issued as Miscellaneous Docket Number 16-9160 in the following case:

*John Stritzinger v. Christiana Trust*
Trial Court Case No: D-1-GN-16-001852

ORDERED in Chambers,

With the Seal thereof affixed at the City of Austin, this 3rd day of November, 2016

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS